IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYCOL ROBINSON, | : | Civil Action No. 4:15-CV-2124 |
| Petitioner, | : : : | (Judge Brann) |
| v. | : : | |
| LORETTA LYNCH, *U.S. Attorney General*; THOMAS DECKER, *Field Officer Director*; MARK LUTZ, *Deportation Officer*; DAVID O'NEIL, *Assistant Field Office Director*; MARY SABOL, *Warden, York County Prison*, | : : : : : : : : | |
| | : | (Magistrate Judge Saporito) |
| Respondents. | : | |

**ORDER**

April 14, 2016

On December 14, 2015, the Respondents filed a Suggestion of Mootness indicating that the instant matter can be dismissed as moot as the respondent has been deported. ECF No. 6. Magistrate Judge Saporito, to whom this matter is jointly assigned, filed a report and recommendation on March 17, 2016, suggesting that the petition be denied. ECF No. 7. The time to object has since passed, and no objections have been filed. In light of the Respondents' letter, and the Petitioner's lack of response, the Court presumes that the matter is moot as suggested.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Joseph F. Saporito's Report and Recommendation is ADOPTED in full. ECF No. 7.

2. The Petition for Writ of Habeas Corpus is DENIED as moot. (ECF No. 1).

3. There is no basis for a certificate of appealabiltiy.

4. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge